IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:92-CR-70-BO
No. 4:16-CV-56-BO

| | |
|---|---|
| YORKEY DWAYNE BELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This cause comes before the Court *sua sponte*. The stay entered in this matter in light of *Beckles v. United States*, 137 S.Ct. 886 (2017), is hereby LIFTED. The parties are DIRECTED to file supplemental briefs addressing the effect of *Beckles* on petitioner's claims. The government shall file its brief not later than May 12, 2017, and petitioner shall respond not later than June 2, 2017.

SO ORDERED, this _26_ day of April, 2017.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE