UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Yorky Dwayne Bell**                                    **Docket No. 4:92-CR-70-5BO**

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Yorky Dwayne Bell, who, upon an earlier plea of guilty to Conspiracy to Distribute Cocaine Base, 21 USC § 846, Conspiracy to Possess Firearms During a Drug Trafficking Crime, 18 USC § 371, and Maintaining a Dwelling for Distribution of Cocaine Base, 21 USC 856, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 22, 1994, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Yorky Dwayne Bell will be released from custody on March 9, 2020, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant lacks viable housing suitable for his supervision upon release. The supervising district has requested a modification to include the use of a residential reentry center. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall reside for a period not to exceed 180 days in a residential reentry center (pre-release component), as directed by the Probation Officer, and shall observe the rules of that facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Jeffrey L. Keller                           /s/ Taylor R. O'Neil
Jeffrey L. Keller                               Taylor R. O'Neil
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8698
                                                Executed On: March 28, 2018

Yorky Dwayne Bell
Docket No. 4:92-CR-70-5BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___3___ day of _April_ _____, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_

Terrence W. Boyle
U.S. District Judge